# Exhibit A



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Phoenix District Office**

3300 N. Central Avenue, Suite 690
Phoenix, AZ 85012-2504
(602) 661-0041
TTY (602) 640-5072
FAX (602) 640-5071

October 24, 2023

Wyatt Felt
2998 E Louise Ave
Salt Lake City, UT 84109

Dear Wyatt Felt:

This letter is in response to your request for the U.S. Equal Employment Opportunity Commission (EEOC) to conduct a substantial weight review of your charge (35C-2019-00066).

Based on the review of the information provided by both parties during the investigation and appeal of your charge by the State, we find the dismissal of your charge by the State was appropriate and consistent with the EEOC's guidance. Further, the review determined that the case was investigated by the State's civil rights agency in accordance with applicable procedures, standards and laws.

We understand that the parties to a charge often have firm views that the available evidence supports their respective position. However, our final actions must comport with our interpretations of the relevant evidence and the laws we enforce. In those situations where an individual disagrees with our final action on a charge, they have the right to pursue the matter in court. The attached EEOC's Notice of Right to Sue explains your right to pursue the matter in court within 90 days of your expected receipt. If you do not file a lawsuit within the statutory 90-day period, your right to sue in the matter will expire, and cannot be restored by the EEOC.

Please note any request you make for a copy of your investigative file must be directed to UALD, whereas they conducted the investigation and are the recordkeeper of the file. That request must be in writing and sent to: Utah Antidiscrimination and Labor Division, 160 East 300 South, 3rd Floor, P.O. Box 146630, Salt Lake City, UT 84114-6630.

Sincerely,

Robin L. Campbell
State, Local & Tribal Program Manager

Enclosure:
EEOC Notice of Right to Sue



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, AZ 85012
(602) 661-0041
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)
Issued On: 10/24/2023

To: Wyatt Felt
2998 E Louise Ave
Salt Lake City, UT 84109

Wyatt Felt v University of Utah
EEOC Charge No: 35C-2019-00066

EEOC Representative and email:   Robin Campbell
State, Local & Tribal Program Manager
robin.campbell@eeoc.gov

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.) Please retain this notice for your records.

On Behalf of the Commission:

Melinda Caraballo for
Nancy Sienko
Acting District Director

cc:
Brian Jay Nicholls
University of Utah
201 Presidents Cir Rm 135
Salt Lake City, UT 84112

James Phillips
Schaerr Jaffee LLP
1717 K Street NW, Suite 900
Washington, DC 20006

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

## IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

## ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to: https://www.eeoc.gov/employees/lawsuit.cfm. In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.